# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM TERRELL AND MADISON
TERRELL, INDIVIDUALLY, AND
ON BEHALF OF THEIR MINOR
CHILD, DALLAS TERRELL

NO.   2024 CW 0355

VERSUS

**JULY 1, 2024**

ACADIAN AMBULANCE SERVICE,
INC., AND SAMRAT MUKHERJEE

In Re:    Acadian  Ambulance  Service,  Inc.,  applying  for
supervisory writs, 18th Judicial District Court, Parish
of Iberville, No. 82736.

---

**BEFORE:   THERIOT, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** Relator  failed  to  include  all
attachments to the pleadings and memoranda on which the ruling at
issue was founded in violation of the Uniform Rules of Louisiana
Courts of Appeal, Rule 4-5(C)(8) and (9).

Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered.  Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

If relator seeks to file a new application with this court,
it must contain all pertinent documentation, the missing items
noted above, and must comply with Uniform Rules of Louisiana Courts
of Appeal, Rule 2-12.2.  Any new application must be filed on or
before July 15, 2024, and must contain a copy of this ruling.

**MRT**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT